UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRANK ORTIZ,

    Plaintiff,

v.

ISIDRO BACA, et al.,

    Defendants.

3:07-CV-531-RCJ(VPC)

ORDER

Before the Court is Plaintiff's Objection to Magistrate Cooke's January 15, 2009 Recommendation (#39) filed on January 26, 2009. This action was referred to U.S. Magistrate Judge Valerie P. Cooke pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4. The Magistrate Judge submitted her Report and Recommendation (#37) on January 15, 2009, recommending that this Court enter an order granting defendants' motion to enforce settlement agreement (#25) and denying Plaintiff's Motion for Order Enforcing Settlement Agreement and for Sanctions and Request for Sanctions (#26). Defendants' Response to: Plaintiff's Notice of no Opposition by Defendants; Waiver of Reply Request for Submission (#41) was filed on March 17, 2009.

## I. ANALYSIS

### A.   Review of Magistrate Judge's Order

Pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 3-2, a party may file specific written objections to the findings and recommendations of a magistrate judge made pursuant to LR IB 1-4. The district court must make a *de novo* determination of those portions of the magistrate judge's report to which objection is made and may accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge. LR IB 3-2(b). *De novo* review means the court must consider the matter anew, the same as if it had not been heard before and as if no decision previously had been rendered. <u>Ness v. Commissioner</u>, 954 F.2d 1495, 1497 (9th Cir. 1992). Thus, although the district court need not hold a de novo hearing, the court's obligation is to arrive at its own independent conclusion about those portions of the magistrate judge's findings or recommendation to which objections are made. <u>United States v. Remsing</u>, 874 F.2d 614, 617 (9th Cir. 1989).

After conducting a *de novo* review of the record, the Court accepts and adopts the Magistrate Judge's Minutes of the Court (#37).

## III. CONCLUSION

IT IS HEREBY ORDERED that the court ACCEPTS and ADOPTS in whole the Report and Recommendation of U.S. Magistrate Judge (#37)

IT IS FURTHER ORDERED that Defendants' Motion to Enforce the Settlement (#25) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Order enforcing November 18, 2008, Settlement Agreement; and Request for Sanctions Against Defendants (#26) is DENIED.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice with the parties to bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: This 22 day of October, 2009.

Robert C. Jones
UNITED STATES DISTRICT JUDGE