UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK ORTIZ, | 3:07-CV-531-RCJ(VPC) |
| Plaintiff, | |
| v. | **ORDER** |
| ISIDRO BACA, *et al.,* | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Valerie P. Cooke, (#55[1]) entered on June 11, 2010, recommending Plaintiff's Motion for Order Invalidating Settlement Agreement and Motion for Sanctions (#47) be denied and that the Court enter an order instructing the Clerk of the Court to close this case in full. Plaintiff filed his Objection to the Report and Recommendation (#56) on June 24, 2010.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#55) entered on June 11, 2010, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#55) entered on June 11, 2010, is adopted and accepted, and Plaintiff's Motion for Order Invalidating Settlement Agreement and Motion for Sanctions (#47) is DENIED.

///

///

///

---

[1] Refers to court's docket number.

1  IT IS FURTHER ORDERED that this case is DISMISSED with prejudice. The Clerk of the
2  Court is directed to CLOSE this action and terminate it in its entirety.
3  IT IS SO ORDERED.
4  DATED: this 12th day of August, 2010.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE